## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| MICHAEL (MOSHE) RASKIND, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 16-0629 |
| | : | |
| RESOURCES FOR HUMAN | : | |
| DEVELOPMENT, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this    3rd    day of November, 2017, upon consideration of

Defendant Resources for Human Development, Inc.'s ("RHD") Motion for Summary Judgment,

Plaintiff Michael (Moshe) Raskind's ("Raskind") Response in Opposition, RHD's Reply Brief,

and Raskind's Sur-Reply, it is hereby **ORDERED** that:

1. RHD's Motion for Summary Judgment (Doc. No. 27) is **GRANTED**. All claims against RHD are **DISMISSED** with **PREJUDICE**; and

2. the Clerk of Court shall mark this case **CLOSED**.


BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE